IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-01 GMS |
| ANTHONY J. LOFINK, | : |
| Defendant. | : |

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to unseal the Information, this Motion and Order to Seal, and the related file in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: February 5, 2008

AND NOW this 5th day of February, 2008, based upon the foregoing Motion, IT IS ORDERED that the Information, Motion and Order to Seal, and the related file in the above-captioned case be UNSEALED until further Order of the Court.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE