OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 5, 2008

**UNITED STATES OF AMERICA**

      v.                            CR 08-01-GMS

**ANTHONY J. LOFINK**

I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated February 5, 2008 (copy attached):

    United States Passport issued to: Anthony J. Lofink

    Issuance date: 1/9/2008

    Expiration date: 1/8/2018

February 5, 2008
DATE

_Donna M. Seningen_
DEPUTY CLERK

FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE