IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-01 GMS |
| ANTHONY J. LOFINK | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this 3rd day of April, 2008, that Defendant Lofink's Sentencing Hearing shall be on the 26th day of June, 2008, at 9:30 a.m./~~p.m.~~

Honorable Gregory M. Sleet
United States District Court

FILED
APR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE