IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-01 GMS |
| ANTHONY J. LOFINK, | : |
| Defendant. | : |

## ORDER

AND NOW, this 4th day of June, 2008, upon consideration of the Government's Motion for Additional Time to Respond to Defendant's Sentencing Memorandum,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

_____
Honorable Gregory M. Sleet
Chief Judge

FILED

JUN - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE