IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 08-1 GMS |
| | ) |
| ANTHONY J. LOFINK | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCHEDULING SENTENCING**

At Wilmington, this 17th day of June 2008;

IT IS HEREBY ORDERED that:

Sentencing in this matter is RESCHEDULED to **Wednesday, July 2, 2008, at 10: 15 a.m., rather than 11:00 a.m.**, before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE