IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal No. 08-1 GMS |
| ANTHONY J. LOFINK | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 20th day of June, 2008,

On February 5, 2008, Anthony J. Lofink entered his initial appearance, waived indictment, and entered a plea of guilty to counts 1, 2, and 3 of the Felony Information in this matter. The court ordered that the defendant be released on personal recognizance with special conditions pending sentencing. (D.I. 5.) Lofink now seeks to surrender himself voluntarily into custody in advance of sentencing. The United States does not oppose his surrender. Accordingly, it is hereby ordered that Lofink's release with special conditions pending sentencing is REVOKED. Lofink shall be taken into custody by the U.S Marshal Services this same day and detained pending sentencing.

SO ORDERED.

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUN 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE